AO 93 (Rev. 12/09) Search and Seizure Warrant (Page 2)

**Return**

| Case No.: | Date and time warrant executed: | Copy of warrant and inventory left with: |
| --- | --- | --- |
| 3:15mj-387 | 9/25/2015, 9:30 AM | Postmaster |

*Inventory made in the presence of :*

*Inventory of the property taken and name of any person(s) seized:*

Parcel contained approximately 1.7 ounces of a green leafy substance that field tested positive for Marijuana.

**Certification**

*I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the designated judge.*

FILED
RICHARD W. NAGEL
CLERK OF COURT
2015 SEP 30 PM 1:33
U.S. DISTRICT COURT
SOUTHERN DIST. OHIO
WESTERN DIV DAYTON

Date: 9/25/2015

S McDonough
*Executing officer's signature*

S. McDonough, Postal Inspector
*Printed name and title*

38[?]

AO 93 (Rev. 12/09) Search and Seizure Warrant

# UNITED STATES DISTRICT COURT

for the

Southern District of Ohio

| In the Matter of the Search of<br>*(Briefly describe the property to be searched or identify the person by name and address)*<br>Priority Mail Express Parcel, Label Number, EK 829482102 US, postmarked September 16, 2015, addressed to Keisha Johnson, 91 Hunt Dr, Sabina, Ohio 45169, with a return address of Robert Johnson, 1025 S. 104, Tacoma, WA 98406. | ) Case No. 3:15mj-387 |
|---|---|

## SEARCH AND SEIZURE WARRANT

To: Any authorized law enforcement officer

An application by a federal law enforcement officer or an attorney for the government requests the search of the following person or property located in the Southern District of Ohio *(identify the person or describe the property to be searched and give its location)*:
Priority Mail Express Parcel, Label Number, EK 829482102 US

The person or property to be searched, described above, is believed to conceal *(identify the person or describe the property to be seized)*:
Controlled Substances, materials and documents reflecting the distribution of controlled substances through the U.S. Mails, including money and/or monetary instruments paid for controlled substances

I find that the affidavit(s), or any recorded testimony, establish probable cause to search and seize the person or property.

**YOU ARE COMMANDED** to execute this warrant on or before 10-8 *(not to exceed 14 days)*

☐ in the daytime 6:00 a.m. to 10 p.m. ☐ at any time in the day or night as I find reasonable cause has been established.

Unless delayed notice is authorized below, you must give a copy of the warrant and a receipt for the property taken to the person from whom, or from whose premises, the property was taken, or leave the copy and receipt at the place where the property was taken.

The officer executing this warrant, or an officer present during the execution of the warrant, must prepare an inventory as required by law and promptly return this warrant and inventory to United States Magistrate Judge Sharon L. Ovington.
*(name)*

☐ I find that immediate notification may have an adverse result listed in 18 U.S.C. § 2705 (except for delay of trial), and authorize the officer executing this warrant to delay notice to the person who, or whose property, will be searched or seized *(check the appropriate box)* ☐ for ______ days *(not to exceed 30)*.
☐ until, the facts justifying, the later specific date of ______.

Date and time issued: 9-24-15 1:40 pm. [signature]
*Judge's signature*

City and state: Dayton, Ohio

Honorable Sharon L. Ovington
United States Magistrate Judge
*Printed name and title*